1  Scott Kalkin 120791
   **ROBOOSTOFF & KALKIN**
2  A Professional Law Corporation
   369 Pine Street, Suite 610
3  San Francisco, California 94104
   (415) 732-0282
4
   Attorneys for plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Patricia Galvin,<br><br>    Plaintiff,<br><br>v.<br><br>Provident Life and Accident<br>Insurance Company as Administrator<br>and Fiduciary of the Group Long<br>Term Disability Plan for Heller,<br>Erhman, White & McAuliffe, et al.,<br><br>    Defendants. | No: C 07 05195 RS<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE.

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

                                                                     **ROBOOSTOFF & KALKIN**

Dated: December 20, 2007                                    /s/
                                                                       Scott Kalkin
                                                                       Attorney for plaintiff

---

Declination to Proceed before Magistrate Judge

**PROOF OF SERVICE**

I, the undersigned, declare:

I am over the age of 18 years and not a party to this action or proceeding. My business address is 369 Pine Street, Suite 610, San Francisco, California 94104, where I am employed:

On December 20, 2007, I caused to be served the following document(s):

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE

____    MAIL - placed in the United States mail at San Francisco, California, postage fully prepaid.

____    PERSONAL SERVICE - delivered by hand to the addressee. (Lighting Delivery)

____    FAX - same day delivery by facsimile transmission to the addressee's fax number.

  X     E-FILED - served pursuant to Northern District of California General Order 45.

addressed to the following:

John C. Ferry, Esq.
**KELLY, HERLIHY & KLEIN LLP**
44 Montgomery Street, Suite 2500
San Francisco, California 94104

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on December 20, 2007, at San Francisco, California.

    /s/
Scott Kalkin