UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PATRICIA GALVIN

CASE NO. C 07-05195 JF

Plaintiff(s),

v.

NOTICE OF NEED FOR ADR PHONE CONFERENCE

PROVIDENT LIFE AND ACCIDENT
INSURANCE COMPANY, ET AL.

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and that they:

have not yet reached an agreement to an ADR process
request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference February 1, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| John C. Ferry | Provident Life and Accident Ins. Co. | (415) 951-0535 | jferry@kelher.com |
| Scott Kalkin | Patricia Galvin | (415) 732-0282 | robokalk@earthlink.net |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 1/9/08

Scott Kalkin
Attorney for Plaintiff

Dated: 1/9/08

John C. Ferry
Attorney for Defendant

Rev 12.05