UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, February 1, 2008
**Case Number:** CV-07-5195-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:     PATRICIA GALVIN  V.   PROVIDENT LIFE AND ACCIDENT INSURANCE CO., ET AL

                    PLAINTIFF                              DEFENDANT

   **Attorneys Present:  Scott Kalkin**           **Attorneys Present: John Burnite Jr.**

PROCEEDINGS:
   Case management conference held.  Counsel are present.  The case is referred to private mediation.  Continued to 4/4/08 at 10:30 a.m for further case management conference.