1  Scott Kalkin 120791
   **ROBOOSTOFF & KALKIN**
2  A Professional Law Corporation
   369 Pine Street, Suite 610
3  San Francisco, California 94104
   (415) 732-0282
4
5  Attorneys for plaintiff

6
7
8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10

11 Patricia Galvin,                          )   No: C 07 05195 JF
                                             )
12              Plaintiff,                   )   **STIPULATION AND [PROPOSED]**
                                             )   **ORDER ASSIGNING CASE REFERRING**
13 v.                                        )   **CASE TO COURT SPONSORED**
                                             )   **MEDIATION**
14 Provident Life and Accident               )
   Insurance Company as Administrator        )
15 and Fiduciary of the Group Long           )
   Term Disability Plan for Heller,          )
16 Erhman, White & McAuliffe, et al.,        )
                                             )
17              Defendants.                  )
   _____)

18

19      The parties in the above-captioned matter, through their respective attorneys of

20 record, enter into the following stipulation and request the Court to enter an order

21 accordingly:

22      1. At the case management conference held on February 1, 2008, the Court, at

23 the parties request, ordered this matter to private mediation, to be completed within

24 sixty (60) days.

25      2. During the course of their subsequent discussions aimed at selecting a

26 mediator, the parties came to the conclusion that a settlement of this matter would best

27

28 Stipulation and [Proposed] Order Re: Mediation     1

be promoted by participating in a court sponsored mediation.

    3. In light of the forgoing, the parties hereby request that the Court order this matter to court sponsored mediation, and allow that they being given ninety (90) days from the date of the Court's order to complete the mediation process.

Respectfully submitted,

**ROBOOSTOFF & KALKIN**

Dated: February 11, 2008

/s/
Scott Kalkin
Attorney for plaintiff

**KELLY, HERLIHY & KLEIN LLP**

Dated: February 11, 2008

By: _____
John C. Ferry
Attorneys for Defendants
Provident Life and Accident Insurance
Company as Administrator and
Fiduciary of the Group Long Term
Disability Plan for Heller, Erhman, White
& McAuliffe, and the Group Long Term
Disability Plan for Heller, Erhman, White
& McAuliffe

IT IS SO ORDERED.

Dated: February 11, 2008

By: _____
Judge of the United States District
Court for the Northern District of
California

2