Scott Kalkin 120791
**ROBOOSTOFF & KALKIN**
A Professional Law Corporation
369 Pine Street, Suite 610
San Francisco, California 94104
(415) 732-0282

\*\*E-filed 2/13/08\*\*

Attorneys for plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Patricia Galvin,<br><br>    Plaintiff,<br><br>v.<br><br>Provident Life and Accident Insurance Company as Administrator and Fiduciary of the Group Long Term Disability Plan for Heller, Erhman, White & McAuliffe, et al.,<br><br>    Defendants. | No: C 07 05195 JF<br><br>**STIPULATION AND [PROPOSED] ORDER ASSIGNING CASE REFERRING CASE TO COURT SPONSORED MEDIATION** |

    The parties in the above-captioned matter, through their respective attorneys of record, enter into the following stipulation and request the Court to enter an order accordingly:

    1. At the case management conference held on February 1, 2008, the Court, at the parties request, ordered this matter to private mediation, to be completed within sixty (60) days.

    2. During the course of their subsequent discussions aimed at selecting a mediator, the parties came to the conclusion that a settlement of this matter would best

---

Stipulation and [Proposed] Order Re: Mediation    1

1 | be promoted by participating in a court sponsored mediation.

2 |     3. In light of the forgoing, the parties hereby request that the Court order this matter to court sponsored mediation, and allow that they being given ninety (90) days from the date of the Court's order to complete the mediation process.

Respectfully submitted,

**ROBOOSTOFF & KALKIN**

Dated: February 11, 2008

/s/
Scott Kalkin
Attorney for plaintiff

**KELLY, HERLIHY & KLEIN LLP**

Dated: February 11, 2008     By: _____
John C. Ferry
Attorneys for Defendants
Provident Life and Accident Insurance
Company as Administrator and
Fiduciary of the Group Long Term
Disability Plan for Heller, Erhman, White
& McAuliffe, and the Group Long Term
Disability Plan for Heller, Erhman, White
& McAuliffe

IT IS SO ORDERED.

Dated: February 11, 2008     By: _____
Judge of the United States District
Court for the Northern District of
California

2