```
 1  THOMAS M. HERLIHY (SBN 83615)
    JOHN C. FERRY (SBN 104411)
 2  KELLY, HERLIHY & KLEIN LLP
    44 Montgomery Street, Suite 2500
 3  San Francisco, CA 94104-4798
    Tel.: (415) 951-0535
 4  Fax: (415) 391-7808
    Email: herlihy@kelher.com
 5         jferry@kelher.com
 6
 7  Attorneys for Defendant s
    PROVIDENT LIFE AND ACCIDENT
 8  INSURANCE COMPANY and GROUP
    LONG TERM DISABILITY PLAN
 9  for HELLER, ERHMAN, WHITE & MCAULIFFE
10
                     UNITED STATES DISTRICT COURT
11
                    NORTHERN DISTRICT OF CALIFORNIA
12
13  PATRICIA GALVIN                    )   Case No.:  C07-05195 JF
14                                     )
             Plaintiff,                )
15                                     )   SUBSTITUTION OF ATTORNEY
         vs.                           )
16                                     )
    PROVIDENT LIFE AND ACCIDENT        )
17  INSURANCE COMPANY as Administrator )
    and Fiduciary of the GROUP LONG TERM )
18  DISABILITY PLAN for HELLER, ERHMAN,)
    WHITE & MCAULIFFE, and the GROUP   )
19  LONG TERM DISABILITY PLAN for      )
20  HELLER, ERHMAN, WHITE &            )
    MCAULIFFE,                         )
21                                     )
             Defendant.                )
22                                     )
23
24
25
26
27
28
```

SUBSTITUTION OF ATTORNEY

1  TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES
2  HEREIN AND TO THEIR ATTORNEYS OF RECORD:
3  PLEASE TAKE NOTICE that defendants Provident Life & Accident Insurance
4  Company and Group Long Term Disability Plan for Heller, Erhman, White & McAliffe hereby
5  substitute counsel as follows:

7  1.    Former legal representative:
8        Kelly, Herlihy & Klein, LLP

10 2.    **New legal representative**:

        Thomas M. Herlihy, Esq. (SBN 83615)
        John C. Ferry, Esq. (SBN 104411)
        Wilson, Elser, Moskowitz, Edelman & Dicker
        525 Market Street, 17th Floor
        San Francisco, CA 94105-2725
        Tel: (415) 433-0990
        Fax: (415) 434-1370

3.    The party making this substitution are defendants, Provident Life & Accident Insurance
Company and Group Long Term Disability Plan for Heller, Erhman, White & McAliffe.

4.    I consent to this substitution.

Dated: April 1, 2008    Donald J. Sapala         [signature]
                        (Print Name)              (Signature of party)

5.    I consent to this substitution.

Dated: April 3, 2008    Thomas M. Herlihy         [signature]
                        (Print Name)              (Signature of former attorney)

-1-

SUBSTITUTION OF ATTORNEY

Case No.: C07-05195 JF

6.   I am duly admitted to practice in this District and accept this substitution.

Dated: March 3, 2008        Thomas M. Herrion             _____
                            (Print Name)                  (Signature of new attorney)

**Substitution of Attorney is hereby approved**

Date: _____, 2008        _____
                                   UNITED STATES DISTRICT JUDGE

E:\27269\P04.doc

-2-

SUBSTITUTION OF ATTORNEY
Case No.:  C07-05195 JF