| | |
|---|---|
| 1 | THOMAS M. HERLIHY (SBN 83615) |
|  | JOHN C. FERRY (SBN 104411) |
| 2 | KELLY, HERLIHY & KLEIN LLP |
|  | 44 Montgomery Street, Suite 2500 |
| 3 | San Francisco, CA 94104-4798 |
|  | Tel.: (415) 951-0535 |
| 4 | Fax: (415) 391-7808 |
| 5 | Email: herlihy@kelher.com |
|  |        jferry@kelher.com |
| 6 |  |
| 7 | Attorneys for Defendant s |
|  | PROVIDENT LIFE AND ACCIDENT |
| 8 | INSURANCE COMPANY and GROUP |
|  | LONG TERM DISABILITY PLAN |
| 9 | for HELLER, ERHMAN, WHITE & MCAULIFFE |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PATRICIA GALVIN, | ) | Case No.: C07-05195 JF |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) | **SUBSTITUTION OF ATTORNEY** |
| vs. | ) |  |
|  | ) |  |
| PROVIDENT LIFE AND ACCIDENT | ) |  |
| INSURANCE COMPANY as Administrator | ) |  |
| and Fiduciary of the GROUP LONG TERM | ) |  |
| DISABILITY PLAN for HELLER, ERHMAN, | ) |  |
| WHITE & MCAULIFFE, and the GROUP | ) |  |
| LONG TERM DISABILITY PLAN for | ) |  |
| HELLER, ERHMAN, WHITE & | ) |  |
| MCAULIFFE, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

SUBSTITUTION OF ATTORNEY

1    TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES
2    HEREIN AND TO THEIR ATTORNEYS OF RECORD:
3    PLEASE TAKE NOTICE that defendants Provident Life & Accident Insurance
4    Company and Group Long Term Disability Plan for Heller, Erhman, White & McAliffe hereby
5    substitute counsel as follows:

7    1.    Former legal representative:
8         Kelly, Herlihy & Klein, LLP

10   2.    **New legal representative**:

         Thomas M. Herlihy, Esq. (SBN 83615)
         John C. Ferry, Esq. (SBN 104411)
         Wilson, Elser, Moskowitz, Edelman & Dicker
         525 Market Street, 17th Floor
         San Francisco, CA 94105-2725
         Tel: (415) 433-0990
         Fax: (415) 434-1370

3.    The party making this substitution are defendants, Provident Life & Accident Insurance
Company and Group Long Term Disability Plan for Heller, Erhman, White & McAliffe.

4.    I consent to this substitution.

Dated: March ~~March~~ April 1, 2008    Donald J. Sapala          [signature]
                                        (Print Name)              (Signature of party)

5.    I consent to this substitution.

Dated: ~~March~~ April 3, 2008    Thomas M. Herlihy         [signature]
                                  (Print Name)              (Signature of former attorney)

-1-

SUBSTITUTION OF ATTORNEY
Case No.: C07-05195 JF

6.    I am duly admitted to practice in this District and accept this substitution.

Dated: March 3, 2008     Thomas M. Herriot     _____
                                    (Print Name)        (Signature of new attorney)

**Substitution of Attorney is hereby approved**

Date: 4/8 , 2008     _____
                                        UNITED STATES DISTRICT JUDGE

E:\27269\P04.doc