SCOTT KALKIN (SBN 120791)
ROBOOSTOFF & KALKIN
369 Pine Street, Ste. 610
San Francisco, CA 94104
Tel: (415) 732-0282
Fax: (415) 732-0287

Attorneys for Plaintiff
PATRICIA GALVIN

THOMAS M. HERLIHY (SBN 83615)
JOHN C. FERRY (SBN 104411)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
Tel.: (415) 433-0990
Fax: (415) 434-1370
Email: herlihy@wilsonelser.com

Attorneys for Defendants
PROVIDENT LIFE AND ACCIDENT
INSURANCE COMPANY and GROUP
LONG TERM DISABILITY PLAN
for HELLER, ERHMAN, WHITE & MCAULIFFE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA GALVIN | Case No.:  C07-05195 JF |
| Plaintiff, | |
| vs. | **STIPULATION RE ADR COMPLIANCE DATE; [PROPOSED] ORDER THEREON** |
| PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY as Administrator and Fiduciary of the GROUP LONG TERM DISABILITY PLAN for HELLER, ERHMAN, WHITE & MCAULIFFE, and the  GROUP LONG TERM DISABILITY PLAN for HELLER, ERHMAN, WHITE & MCAULIFFE, | |
| Defendant. | |

334408.1A

1    The parties to the above captioned matter, plaintiff Patricia Galvin, through her attorney

2   of record, Scott Kalkin, of Roboostoff & Kalkin, and defendants Provident Life & Accident

3   Insurance Company as administrator and fiduciary of Group Long Term Disability Plan for

4   Heller, Erhman, White & McAliffe and the Group Long Term Disability Plan for Heller,

5   Erhman, White & McAliffe, through their attorney of records, Thomas M. Herlihy, of WILSON,

6   ELSER, MOSKOWITZ, EDELMAN & DICKER LLP hereby advise the court of the following

7   developments, propose a stipulation, and respectfully request that the court sign the

8   accompanying order.

9    Plaintiff and defendants have selected Michael Loeb of JAMS to act as mediator in the

10   ADR process.  Mr. Loeb has agreed to act as mediator.

11    This is a somewhat unusual ERISA long term disability case which began in early 2003

12   and culminated in a reassessment of plaintiff's claim under the terms of the California Settlement

13   Agreement defendant entered into with the California Department of Insurance.  It may present

14   several unique issues relating to the content of the administrative record, the scope of the Court's

15   review of that record, and the standard of review to be applied.  The administrative record

16   consists of at least 3000 pages of documents and may be much larger.  As such, on April 11,

17   2008, Mr. Kalkin and Mr. Herlihy met with Mr. Loeb in an attempt to define the central issues in

18   this case and determine how to best streamline the mediation process with an eye toward

19   economy, while ensuring an adequate substantive review of the relevant issues.

20    The parties have agreed to brief initially for Mr. Loeb the underlying plan benefits, the

21   initial claim by plaintiff, the initial handling of the claim by defendants, the decision on the

22   claim, the request for appeal, and the handling of the appeal.  In addition, the parties will provide

23   Mr. Loeb with a chronology of events subsequent to the appeal, which events may be relevant to

24   a determination of the claim.  The schedule entails a submission of the above information to Mr.

25   Loeb on or before May 9, 2008, with a follow-up meeting in person or by telephone among Mr.

26   Loeb, Mr. Kalkin, and Mr. Herlihy before the end of May.  The tentative plan is to have

27   mediation during the month of June, 2008.

28

-1-

STIPULATION RE ADR COMPLIANCE DATE; [PROPOSED] ORDER THEREON

Case No.:  C07-05195 JF

334408.1A

1    Accordingly, the parties stipulate that the currently scheduled completion date for the

2    ADR process be continued up through and including June 30, 2008, and that the Case

3    Management Conference currently scheduled for June 6, 2008, be continued to a time convenient

4    to the Court and the parties in July 2008.

5    The parties also advise the court that in the Joint Case Management Statement submitted

6    for the February 1, 2008 case management conference, the parties anticipated a trial date in the

7    latter part of 2008.  The parties believe that such a timetable may need to be revised in the event

8    that mediation does not conclude all disputes.  The parties would like to complete the mediation

9    process before commencing with discovery so as to save money on attorneys' fees, yet, if the

10   case does not settle at mediation, additional time will be required to allow for appropriate

11   discovery to take place.  Accordingly, the parties request that the Court allow them sufficient

12   time to complete post-mediation discovery prior to setting a trial date, or a date for cross-motions

13   for summary judgment.

14

15   **IT IS SO STIPULATED.**

16

                        ROBOOSTOFF & KALKIN
17

18   Dated: April 22, 2008          By_____/s/_____
19                                      Scott Kalkin
                                     Attorney for Plaintiff
20                                    PATRICIA GALVIN

21

22                        WILSON, ELSER, MOSKOWITZ, EDELMAN &

23                        DICKER LLP

24

25   Dated: April 22, 2008          By_____/s/_____
26                                     Thomas M. Herlihy
                                     Attorney for Defendants
27                    PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY
                     and GROUP LONGER TERM DISABILITY PLAN for HELLER,
28                         ERHMAN, WHITE & MCAULIFFE
                                      -2-

1

**ORDER**

2          GOOD CAUSE APPEARING THEREFOR, the completion date for the ADR process in

3    this action is continued to June 30, 2008.

4

5    Date: _____, 2008          _____

6                                                    UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

STIPULATION RE ADR COMPLIANCE DATE; [PROPOSED] ORDER THEREON

Case No.:  C07-05195 JF

334408.1A