**E-filed 5/9/08**

| | |
|---|---|
| 1 | SCOTT KALKIN (SBN 120791) |
| 2 | ROBOOSTOFF & KALKIN |
|   | 369 Pine Street, Ste. 610 |
| 3 | San Francisco, CA 94104 |
|   | Tel: (415) 732-0282 |
| 4 | Fax: (415) 732-0287 |
| 5 | |
|   | Attorneys for Plaintiff |
| 6 | PATRICIA GALVIN |
| 7 | |
|   | THOMAS M. HERLIHY (SBN 83615) |
| 8 | JOHN C. FERRY (SBN 104411) |
|   | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP |
| 9 | 525 Market Street, 17th Floor |
|   | San Francisco, CA 94105-2725 |
| 10 | Tel.:  (415) 433-0990 |
|    | Fax:  (415) 434-1370 |
| 11 | Email: herlihy@wilsonelser.com |
| 12 | |
|    | Attorneys for Defendants |
| 13 | PROVIDENT LIFE AND ACCIDENT |
|    | INSURANCE COMPANY and GROUP |
| 14 | LONG TERM DISABILITY PLAN |
| 15 | for HELLER, ERHMAN, WHITE & MCAULIFFE |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| PATRICIA GALVIN, | ) | Case No.:  C07-05195 JF |
|  | ) | |
| Plaintiff, | ) | |
|  | ) | **STIPULATION RE ADR COMPLIANCE** |
| vs. | ) | **DATE; [~~PROPOSED~~] ORDER** |
|  | ) | **THEREON** |
| PROVIDENT LIFE AND ACCIDENT | ) | |
| INSURANCE COMPANY as Administrator | ) | |
| and Fiduciary of the GROUP LONG TERM | ) | |
| DISABILITY PLAN for HELLER, ERHMAN, | ) | |
| WHITE & MCAULIFFE, and the  GROUP | ) | |
| LONG TERM DISABILITY PLAN for | ) | |
| HELLER, ERHMAN, WHITE & | ) | |
| MCAULIFFE, | ) | |
|  | ) | |
| Defendant. | ) | |
|  | ) | |

STIPULATION RE ADR COMPLIANCE DATE; [PROPOSED] ORDER THEREON

334408.1A

1    The parties to the above captioned matter, plaintiff Patricia Galvin, through her attorney
2 of record, Scott Kalkin, of Roboostoff & Kalkin, and defendants Provident Life & Accident
3 Insurance Company as administrator and fiduciary of Group Long Term Disability Plan for
4 Heller, Erhman, White & McAliffe and the Group Long Term Disability Plan for Heller,
5 Erhman, White & McAliffe, through their attorney of records, Thomas M. Herlihy, of WILSON,
6 ELSER, MOSKOWITZ, EDELMAN & DICKER LLP hereby advise the court of the following
7 developments, propose a stipulation, and respectfully request that the court sign the
8 accompanying order.

9    Plaintiff and defendants have selected Michael Loeb of JAMS to act as mediator in the
10 ADR process.  Mr. Loeb has agreed to act as mediator.

11    This is a somewhat unusual ERISA long term disability case which began in early 2003
12 and culminated in a reassessment of plaintiff's claim under the terms of the California Settlement
13 Agreement defendant entered into with the California Department of Insurance.  It may present
14 several unique issues relating to the content of the administrative record, the scope of the Court's
15 review of that record, and the standard of review to be applied.  The administrative record
16 consists of at least 3000 pages of documents and may be much larger.  As such, on April 11,
17 2008, Mr. Kalkin and Mr. Herlihy met with Mr. Loeb in an attempt to define the central issues in
18 this case and determine how to best streamline the mediation process with an eye toward
19 economy, while ensuring an adequate substantive review of the relevant issues.

20    The parties have agreed to brief initially for Mr. Loeb the underlying plan benefits, the
21 initial claim by plaintiff, the initial handling of the claim by defendants, the decision on the
22 claim, the request for appeal, and the handling of the appeal.  In addition, the parties will provide
23 Mr. Loeb with a chronology of events subsequent to the appeal, which events may be relevant to
24 a determination of the claim.  The schedule entails a submission of the above information to Mr.
25 Loeb on or before May 9, 2008, with a follow-up meeting in person or by telephone among Mr.
26 Loeb, Mr. Kalkin, and Mr. Herlihy before the end of May.  The tentative plan is to have
27 mediation during the month of June, 2008.

28

-1-

STIPULATION RE ADR COMPLIANCE DATE; [PROPOSED] ORDER THEREON
Case No.:   C07-05195 JF

334408.1A

1  Accordingly, the parties stipulate that the currently scheduled completion date for the ADR process be continued up through and including June 30, 2008, and that the Case Management Conference currently scheduled for June 6, 2008, be continued to a time convenient to the Court and the parties in July 2008.

The parties also advise the court that in the Joint Case Management Statement submitted for the February 1, 2008 case management conference, the parties anticipated a trial date in the latter part of 2008.  The parties believe that such a timetable may need to be revised in the event that mediation does not conclude all disputes.  The parties would like to complete the mediation process before commencing with discovery so as to save money on attorneys' fees, yet, if the case does not settle at mediation, additional time will be required to allow for appropriate discovery to take place.  Accordingly, the parties request that the Court allow them sufficient time to complete post-mediation discovery prior to setting a trial date, or a date for cross-motions for summary judgment.

**IT IS SO STIPULATED.**

ROBOOSTOFF & KALKIN

Dated: April 22, 2008        By_____/s/_____
                                            Scott Kalkin
                                      Attorney for Plaintiff
                                       PATRICIA GALVIN


WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP


Dated: April 22, 2008        By_____/s/_____
                                         Thomas M. Herlihy
                                      Attorney for Defendants
                        PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY
                        and GROUP LONGER TERM DISABILITY PLAN for HELLER,
                                ERHMAN, WHITE & MCAULIFFE

-2-

STIPULATION RE ADR COMPLIANCE DATE; [PROPOSED] ORDER THEREON
Case No.:  C07-05195 JF

334408.1A

1
**ORDER**

2    GOOD CAUSE APPEARING THEREFOR, the completion date for the ADR process in

3   this action is continued to June 30, 2008.   CMC set for 6/6/08 is continued to 7/11/08 at 10:30.

4

5   Date: __5/9_____, 2008        _____
                                          UNITED STATES DISTRICT JUDGE
6                                              Jeremy Fogel

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

STIPULATION RE ADR COMPLIANCE DATE; [PROPOSED] ORDER THEREON
Case No.:   C07-05195 JF

334408.1A