1  Scott Kalkin 120791
   **ROBOOSTOFF & KALKIN**
2  A Professional Law Corporation
   369 Pine Street, Suite 610
3  San Francisco, California 94104
   (415) 732-0282
4
   Attorneys for plaintiff
5

6

7

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

   Patricia Galvin,                    )    No: C 07 05195 JF
11                                      )
                    Plaintiff,          )    STIPULATION AND [PROPOSED]
12                                      )    ORDER RE: ADR COMPLIANCE
   v.                                   )    DATE AND CONTINUANCE OF
13                                      )    CASE MANAGEMENT CONFERENCE
   Provident Life and Accident         )
14 Insurance Company as Administrator   )
   and Fiduciary of the Group Long     )
15 Term Disability Plan for Heller,     )
   Erhman, White & McAuliffe, et al.,  )
16                                      )
                    Defendants.         )
17 _____ )

18

19        The parties in the above-captioned matter, through their respective attorneys of

20 record, enter into the following stipulation and request the Court to enter an order

21 accordingly:

22        1.  On May 9, 2008, the Court ordered that the parties complete their ADR by

23 June 30, 2008, and scheduled a further case management conference for July 11,

24 2008, at 10:30 a.m.

25        2.  As the Court may recall, this is a somewhat unusual ERISA long term

26 disability case which began in early 2003 and culminated in a reassessment of

27

28 _____
   Stipulation and [Proposed] Order Re: Mediation       1

1   plaintiff's claim under the terms of the California Settlement Agreement defendant
2   entered into with the California Department of Insurance.  It may present several unique
3   issues relating to the contents of the administrative record, the scope of the Court's
4   review of that record, and the standard of review to be applied.  The administrative
5   record consists of at least 3000 pages of documents and may be much larger.

6       3.  On April 11, 2008, counsel met with the mediator, Michael Loeb of JAMS, in
7   an attempt to define the central issues in this case and determine how to best
8   streamline the mediation process with an eye toward economy, while ensuring an
9   adequate substantive review of the relevant issues.  On May 14, 2008, the parties filed
10  fairly extensive brief's with the mediator pursuant to his request.  It was contemplated
11  that a mediation would take place sometime in June of 2008.

12      3.  Approximately two weeks ago, counsel received a communication from the
13  mediator's office stating the he wished to have a conference call on July 7, 2008.  That
14  conversation took placed as planned and the mediator explained that there were
15  several additional issues he thought the parties should brief prior to the hearing.  The
16  mediator also proposed a mediation date sometime during the last two weeks of August
17  2008, given the trial and vacation schedules of everyone involved.

18      4.  Counsel agreed to check with their respective clients as to their availability
19  and conference with the mediator by week's end in order to select a hearing date.

20      5.  In light of the forgoing, the parties hereby request that the Court extend the
21  ADR compliance date until September 12, 2008, and continue the currently scheduled
22  case management conference until a mutually convenient time shortly thereafter.

23

24  //

25

26  //

27

28                                         2

1   Respectfully submitted,

2   **ROBOOSTOFF & KALKIN**

3

4

Dated: July 7, 2008                      _____/s/_____

5                                          Scott Kalkin
                                           Attorney for plaintiff
6

7

8   **WILSON, ELSER, MOSKOWITZ,**
    **EDELMAN & DICKER, LLP**
9

10

Dated:  July 7, 2008          By:_____/s/_____
11                                 John C. Ferry
                                   Attorneys for Defendants
12                                 Provident Life and Accident Insurance
                                   Company as Administrator and
13                                 Fiduciary of the Group Long Term
                                   Disability Plan for Heller, Erhman, White
14                                 & McAuliffe, and the Group Long Term
                                   Disability Plan for Heller, Erhman, White
15                                 & McAuliffe

16

17  IT IS SO ORDERED.

18

19

20  Dated:  7/8/08                By:_____
21                                 Judge of the United States District
                                   Court for the Northern District of
22                                 California

23

24

25

26

27

28

_____
Stipulation and [Proposed] Order Re: Mediation     3