**FILED**

SEP 1 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT    **E-filing**

**Northern District of California**

| | |
|---|---|
| Galvin,  <br>  Plaintiff(s),  <br>  v.  <br> Provident Life and Accident Insurance Company,  <br>  Defendant(s). | No. C 07-05195 JF MED  <br> **Certification of ADR Session** |

<u>Instructions</u>: *The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1.  I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) September 4, 2008

2.  Did the case settle?    ☐ fully    ☐ partially    ☒ no

3.  If the case did not settle fully, is any follow-up contemplated?

    ☐ another session scheduled for (date) _____

    ☐ phone discussions expected by (date) September 29, 2008

    ☐ no

4.  IS THIS ADR PROCESS COMPLETED?    ☒ YES    ☐ NO

Dated: September 4, 2008

Mediator, Michael J. Loeb
JAMS
2 Embarcadero Center, 15th Fl.
San Francisco, CA 94111

Certification of ADR Session
07-05195 JF MED