1  SCOTT KALKIN (SBN 120791)
   ROBOOSTOFF & KALKIN
2  369 Pine Street, Ste. 610
3  San Francisco, CA 94104
   Tel: (415) 732-0282
4  Fax: (415) 732-0287

5  Attorneys for Plaintiff
6  PATRICIA GALVIN

7  THOMAS M. HERLIHY (SBN 83615)
   JOHN C. FERRY (SBN 104411)
8  WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
9  525 Market Street, 17th Floor
   San Francisco, CA 94105-2725
10 Tel.: (415) 433-0990
   Fax: (415) 434-1370
11 Email: herlihy@wilsonelser.com

12
   Attorneys for Defendants
13 PROVIDENT LIFE AND ACCIDENT
   INSURANCE COMPANY and GROUP
14 LONG TERM DISABILITY PLAN
15 for HELLER, ERHMAN, WHITE & MCAULIFFE

16
               **UNITED STATES DISTRICT COURT**
17
              **NORTHERN DISTRICT OF CALIFORNIA**
18

19 PATRICIA GALVIN                          )  Case No.:  C07-05195 JF
                                            )
20         Plaintiff,                       )
                                            )  **STIPULATION RE TRIAL SCHEDULE;**
21     vs.                                  )  [PROPOSED] **ORDER THEREON**
                                            )
22 PROVIDENT LIFE AND ACCIDENT              )
   INSURANCE COMPANY as Administrator       )
23 and Fiduciary of the GROUP LONG TERM     )
24 DISABILITY PLAN for HELLER, ERHMAN,      )
   WHITE & MCAULIFFE, and the  GROUP        )
25 LONG TERM DISABILITY PLAN for            )
   HELLER, ERHMAN, WHITE &                  )
26 MCAULIFFE,                               )
                                            )
27         Defendant.                       )
28 _____ )

STIPULATION AND [PROPOSED] ORDER RE TRIAL SCHEDULE
417568.1

1  In compliance with the Court's order after the Case Management Conference, the parties
2  have met and conferred regarding the trial date and related matters. The Court previously had
3  scheduled the hearing on the parties' cross motions for summary judgment for April 3, 2009, but
4  had instructed the parties to meet and confer on an agreeable hearing date and briefing schedule
5  if the aforesaid created conflicts for the parties. Accordingly, the parties hereto, by and through
6  their attorneys of record have met and conferred and in consideration of their respective
7  calendars hereby stipulate that:

8  On May 29, 2009 the Court will hear the parties' cross motions for summary judgment
9  and otherwise conduct a bench trial in this matter.

10  The parties will file cross motions for summary judgment per the following schedule:
11  Parties Opening Briefs:    April 24, 2009
12  Parties Opposition Briefs:  May 15, 2009

13  All matters reserved for consideration by the Court shall be included in the parties'
14  summary judgment points and authorities, including the appropriate standard of review.

**IT IS SO STIPULATED.**

ROBOOSTOFF & KALKIN

Dated: February 3, 2009        By_____/s/_____
                                Scott Kalkin
                                Attorney for Plaintiff
                                PATRICIA GALVIN

WILSON, ELSER, MOSKOWITZ, EDELMAN &
DICKER LLP

Dated: February 3, 2009        By_____/s/_____
                                Thomas M. Herlihy
                                Attorney for Defendants
                                PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY
                                and GROUP LONGER TERM DISABILITY PLAN for HELLER,
                                ERHMAN, WHITE & MCAULIFFE

-1-

STIPULATION AND [PROPOSED] ORDER RE TRIAL DATES

Case No.:  C07-05195 JF

417568.1

**ORDER**

1. The parties will file cross motions for summary judgment which shall include all matters reserved for consideration by the Court, including the appropriate standard of review.

2. The parties' opening briefs shall be due April 24, 2009 and responsive briefs shall be due May 15, 2009.

3. The trial will be held at 10:00 a.m. on May 29, 2009, at which time the Court will hear the parties' respective motions for summary judgment.

Date: February 4, 2009

_____
UNITED STATES DISTRICT JUDGE