

Case 5:07-cv-05195-JF Document 40 Filed 05/13/09 Page 1 of 3

SCOTT KALKIN (SBN 120791)
ROBOOSTOFF & KALKIN
369 Pine Street, Ste. 610
San Francisco, CA 94104
Tel: (415) 732-0282
Fax: (415) 732-0287

**E-Filed 5/13/09**

Attorneys for Plaintiff
PATRICIA GALVIN

THOMAS M. HERLIHY (SBN 83615)
JOHN C. FERRY (SBN 104411)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
Tel.: (415) 433-0990
Fax: (415) 434-1370
Email: herlihy@wilsonelser.com

Attorneys for Defendants
PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY and GROUP LONG TERM DISABILITY PLAN for HELLER, ERHMAN, WHITE & MCAULIFFE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PATRICIA GALVIN<br><br>Plaintiff,<br><br>vs.<br><br>PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY as Administrator and Fiduciary of the GROUP LONG TERM DISABILITY PLAN for HELLER, ERHMAN, WHITE & MCAULIFFE, and the GROUP LONG TERM DISABILITY PLAN for HELLER, ERHMAN, WHITE & MCAULIFFE,<br><br>Defendant. | Case No.: C07-05195 JF<br><br>**STIPULATION RE SUMMARY JUDGMENT BRIEFING AND HEARING SCHEDULE; ~~[PROPOSED]~~ ORDER THEREON**<br><br>**Current Opposition Filing Date: 5/15/09**<br>**Proposed Opposition Filing Date: 5/22/09**<br><br>**Current Hearing Date: 5/29/09**<br>**Proposed Hearing Date: 6/5/09** |





The parties hereto have previously filed their opening briefs in support of their respective motions for summary judgment. The current schedule is for their respective opposition briefs to be filed on May 15, 2009 and the hearing on these motions held on May 29, 2009. As the result of a conflict for counsel, the parties stipulate and the Court has approved the following schedule modification:

1. On May 22, 2009, the parties will file their respective opposition briefs to the cross motions for summary judgment.

2. On June 5, 2009, the Court will hear the parties' cross motions for summary judgment and otherwise conduct a bench trial in this matter.

**IT IS SO STIPULATED.**

ROBOOSTOFF & KALKIN

Dated: May 12, 2009

By________/s/____________________
Scott Kalkin
Attorney for Plaintiff
PATRICIA GALVIN

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Dated: May 12, 2009

By________/s/_______________________
John C. Ferry
Attorney for Defendants
PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY and GROUP LONGER TERM DISABILITY PLAN for HELLER, ERHMAN, WHITE & MCAULIFFE










**ORDER**

1. The parties' opposition briefs shall be due May 22, 2009.

2. The trial will be held at 10:00 a.m. on June 5, 2009, at which time the Court will hear the parties' respective motions for summary judgment.

Date: May 13, 2009



UNITED STATES DISTRICT JUDGE