**E-Filed 7/20/09**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| DONG AH TIRE & RUBBER CO., LTD, <br><br> Plaintiff, <br><br> v. <br><br> GLASFORMS, INC., <br><br> Defendant/Third-Party Plaintiff. <br><br> v. <br><br> CTG INTERNATIONAL (NORTH AMERICA) INC., and TAISHAN FIBERGLASS, INC., <br><br> Third-Party Defendants. | Case Number C 06-3359 JF (RS) <br><br> **ORDER[1] OVERRULING IN PART OBJECTIONS TO MAGISTRATE JUDGE'S ORDER** <br><br> RE: Docket No. 315 |

Third-party Defendant Taishan Fiberglass, Inc. ("Taishan") objects to the Magistrate Judge's order imposing sanctions for its alleged spoliation of evidence after litigation reasonably was anticipated.  The Court has considered the full record before it, the Magistrate Judge's

---

[1] This disposition is not designated for publication in the official reports.

1  order, and the arguments of counsel, and finds that with respect to all but Taishan's purported

2  duty to preserve or track its graphite rollers, the order was not clearly erroneous or contrary to

3  law. *See* Fed. R. Civ. P. 72(a).  With respect to Taishan's purported duty to preserve or track the

4  use of its graphite rollers, the source of such a duty is unclear, and the Court will request further

5  briefing, as set forth below.

6       Glasforms used Taishan-manufactured glass in its insulators from June 2004 until

7  sometime in December 2004.  Adopting the September 6, 2005 date established by the

8  Magistrate Judge as the point at which Taishan reasonably should have anticipated litigation, the

9  fact remains that approximately nine months had passed since Glasforms ceased using Taishan

10  glass to make its rods–meaning that *well over* nine months likely had passed since Taishan

11  actually manufactured the glass.  Taishan has asserted in declarations that the subject rollers

12  bear no identification marks, are physically identical, and are used interchangeably, being

13  rotated onto and off of the production line as required.  At least at present, the Court is aware of

14  no evidence that contradicts this assertion, or that indicates why Taishan should have been

15  expected to preserve or track the rollers in the highly detailed manner urged by Glasforms and in

16  effect required by the Magistrate Judge's order.

17       Glasforms may file opposition to Taishan's objections with respect to the graphite rollers

18  not later than Thursday July 23, 2009 at 5 PM.  Taishan may file a reply in support of its

19  objections not later than Monday July 27, 2009 at 5 PM.  In all other respects, Taishan's

20  objections are overruled.

21

**IT IS SO ORDERED.**

22

23  DATED: 7/20/09

24

25                    _____
                      JEREMY FOGEL
26                    United States District Judge

27

28

2

1    This Order has been served electronically upon the following persons:

2    April E. Sellers     april.sellers@bakerd.com

3    David K. Herzog      david.herzog@bakerd.com

4
     Eugene Ashley      eashley@hopkinscarley.com, ihernandez@hopkinscarely.com,
5
     ihernandez@hopkinscarley.com, jdooley@hopkinscarley.com
6
7    Jennifer M. Phelps     jennifer.phelps@bakerd.com, debora.schmid@bakerd.com

8    Kevin M. Toner     kevin.toner@bakerd.com, judy.ferber@bakerd.com

9    Lisa J. Cummins     lcummins@campbellwarburton.com

10   Noelle Dunn      gcordova@hopkinscarley.com, ndunn@hopkinscarley.com

11
     Robert A. Christopher     rchristopher@hopkinscarley.com, ihernandez@hopkinscarley.com
12
13   Sophie N. Froelich      sfroelich@nossaman.com, ntorpey@nossaman.com

14   Tod C. Gurney     tgurney@hopkinscarley.com

15   Notice has been delivered by other means to:

16   Glasforms Inc.,
17   William Whitcom Faulkner
18   McManis, Faulkner & Morgan
     50 West San Fernando St., Suite 1000
19   San Jose, CA 95113

20

21

22

23

24

25

26

27

28

Case No. C 06-3359 JF (RS)
ORDER OVERRULING IN PART OBJECTIONS TO MAGISTRATE JUDGE'S ORDER
(JFLC3)