**E-Filed 6/8/2010**

SCOTT KALKIN (SBN 120791)
ROBOOSTOFF & KALKIN
369 Pine Street, Ste. 820
San Francisco, CA 94104
Tel: (415) 732-0282
Fax: (415) 732-0287

Attorneys for Plaintiff
PATRICIA GALVIN

THOMAS M. HERLIHY (SBN 83615)
CATHERINE GREGORY (SBN 242006)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
Tel.:  (415) 433-0990
Fax:  (415) 434-1370

Attorneys for Defendants
PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY and GROUP LONG TERM DISABILITY PLAN for HELLER, ERHMAN, WHITE & MCAULIFFE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA GALVIN,<br><br>        Plaintiff,<br><br>    vs.<br><br>PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY as Administrator and Fiduciary of the GROUP LONG TERM DISABILITY PLAN for HELLER, ERHMAN, WHITE & MCAULIFFE, and the GROUP LONG TERM DISABILITY PLAN for HELLER, ERHMAN, WHITE & MCAULIFFE,<br><br>        Defendant. | Case No.:  C07-05195 JF<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR COMPUTATION OF BENEFITS** |

The parties to the above captioned matter, plaintiff Patricia Galvin, through her attorney of record, Scott Kalkin, of Roboostoff & Kalkin, and defendants Provident Life & Accident Ins. Co. as administrator and fiduciary of Group Long Term Disability Plan for Heller, Erhman,

1  White & McAuliffe, and the Group Long Term Disability Plan for Heller, Erhman, White &
2  McAuliffe, through their attorneys of record, Catherine Gregory, of Wilson, Elser, Moskowitz,
3  Edelman & Dicker LLP hereby advise the Court of the following developments, propose a
4  stipulation, and respectfully request that the Court sign the accompanying order.
5       Defendants regretfully advise the Court that their counsel, John C. Ferry, Esq., died on
6  April 16, 2010.
7       Unaware that Mr. Ferry had passed away, on April 28, 2010, plaintiff filed a Motion for
8  Computation for Benefits with a hearing date of June 11, 2010.  Because Mr. Ferry was
9  primarily responsible for this litigation, the new attorney handling the remainder of the case
10 needs additional time to become familiar with the file and complex procedural posture.
11      Thus, the parties stipulate that hearing be continued to July 2, 2010, at 9:00 a.m.  The
12 parties also stipulate that all deadlines dependent on the hearing be continued accordingly.

**IT IS SO STIPULATED.**

                                                ROBOOSTOFF & KALKIN

Dated: May 28, 2010           By_____/s/_____
                                                  Scott Kalkin
                                                  Attorney for Plaintiff
                                                  PATRICIA GALVIN

                                                 WILSON, ELSER, MOSKOWITZ, EDELMAN &
                                                 DICKER LLP

Dated: May 28, 2010           By_____/s/_____
                                                  Catherine Gregory
                                                  Attorney for Defendants PROVIDENT LIFE AND
                                                  ACCIDENT INSURANCE COMPANY and GROUP
                                                  LONG TERM DISABILITY PLAN for HELLER,
                                                  ERHMAN, WHITE & MCAULIFFE

**ORDER**

     GOOD CAUSE APPEARING THEREFOR, the hearing on plaintiff's Motion for Computation of Benefits is continued to July 2, 2010.

Date: __6/7/2010_____, 2010        _____
                                                       The Honorable Jeremy Fogel
                                                       UNITED STATES DISTRICT JUDGE