1  THOMAS M. HERLIHY (SBN 83615)
   CATHERINE GREGORY (SBN 242006)
2  WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
   525 Market Street, 17th Floor
3  San Francisco, CA 94105-2725
4  Tel.: (415) 433-0990
   Fax: (415) 434-1370
5
   Attorneys for Defendants
6  PROVIDENT LIFE AND ACCIDENT INSURANCE
   COMPANY and GROUP LONG TERM DISABILITY PLAN
7  for HELLER, ERHMAN, WHITE & MCAULIFFE
8
9                    UNITED STATES DISTRICT COURT
10                  NORTHERN DISTRICT OF CALIFORNIA

11 PATRICIA GALVIN                              ) Case No.: C07-05195 JF
                                                )
12            Plaintiff,                        ) [PROPOSED] ORDER GRANTING
                                                ) DEFENDANTS' MOTION TO
13       vs.                                    ) CONTINUE HEARING ON
                                                ) PLAINTIFF'S MOTION FOR
14 PROVIDENT LIFE AND ACCIDENT                  ) CALCULATION OF BENEFITS
   INSURANCE COMPANY as Administrator and       ) BECAUSE OF EXCUSABLE
15 Fiduciary of the GROUP LONG TERM             ) NEGLECT OF THEIR COUNSEL
   DISABILITY PLAN for HELLER, ERHMAN,          )
16 WHITE & MCAULIFFE, and the GROUP LONG        ) FILED CONCURRENTLY WITH
   TERM DISABILITY PLAN for HELLER,             ) STIPULATION TO SHORTEN TIME
17 ERHMAN, WHITE & MCAULIFFE,                   )
                                                ) Request Decision On The Papers
18            Defendant.                        )
                                                )
19

20

21       The Motion of Defendants Provident Life and Group Long Term Disability Plan for Heller

22 Erhman, White & McAuliffe to continue the hearing on plaintiff's motion for calculation of benefits

23 [was decided on the papers/came on regularly for hearing before this Court on

24 _____].

25       After full consideration of the moving papers, and any opposition thereto, [as well as

26 counsel's oral arguments] the Court hereby **GRANTS** Defendants' motion to continue the hearing

27 date.

28                                              1
                                     [PROPOSED] ORDER
   556695                                                          Case No.: C07-05195 JF
   556695.1

**IT IS THEREFORE ORDERED THAT** the plaintiff's motion for calculation of benefits shall be heard on ~~July ____, 2010~~ August 13, 2010. Defendants opposition shall be due 21 days prior to the hearing, and plaintiff's reply shall be due 14 days before the hearing.

**SO ORDERED.**

Date: 6/29/2010

_____
The Honorable Jeremy Fogel
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER

556695
556695.1

Case No.:   C07-05195 JF