**E-Filed 9/2/2010**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| PATRICIA GALVIN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, as Administrator and Fiduciary of the Group Long Term Disability Plan for Heller, Ehrman, White & McAuliffe; and THE GROUP LONG TERM DISABILITY PLAN FOR HELLER, EHRMAN, WHITE & MCAULIFFE,<br><br>　　　　　　Defendants. | Case Number 5:07-cv-05195-JF/PVT<br><br>ORDER DIRECTING CLERK TO LODGE DOCUMENTS SUBMITTED FOR IN CAMERA REVIEW |

　　　　The Clerk of the Court is directed to lodge Defendant's Supplemental Opposition to Plaintiff's Motion for Calculation of Benefits and Interest Due Regarding Heller Ehrman Settlement Offset, which was submitted to the Court on August 25, 2010 for *in camera* review, and Plaintiff's Reply to Defendants' Supplemental Opposition to Motion for Calculation of Benefits and Interest Due, which as submitted to the Court on September 1, 2010 for *in camera* review.

1 | **IT IS SO ORDERED**.

3 | DATED:  9/2/2010

JEREMY FOGEL
United States District Judge

Case Number 5:07-cv-05195-JF/PVT
ORDER DIRECTING CLERK TO LODGE DOCUMENT
(JFLC3)