\*\*E-Filed 3/1/2011\*\*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| PATRICIA GALVIN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, et al.,<br><br>　　　　　　Defendants. | Case Number 5:07-cv-05195-JF<br><br>ORDER VACATING JUDGMENT |

At the request of the parties, the judgment entered for Plaintiff on February 28, 2011 is HEREBY VACATED.

DATED: 3/1/2011

_____
JEREMY FOGEL
United States District Judge